**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 05-6227M |
| Plaintiff, | ) | **MATERIAL WITNESS ORDER** |
| vs. | ) | |
| Alfredo Sanchez-Palacios, et al., | ) | |
| Defendants. | ) | |

Defendants, Alfredo Sanchez-Palacios, Abel Perez-Mesa, Pedro Antonio Sanchez-Patron, Eduardo Osuna-Moreno, and Miguel A. Montano-Vargas, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and the Magistrate Judge having determined from the affidavit of Karla J. Barrow, Special Agent of the U.S. Bureau of Immigration and Customs Enforcement, filed in this case, the following person(s) can provide testimony that is material to the offense(s) alleged in the complaint, indictment, information:

Andres Majia-Garcia

Rafael Ardon-Leon

William F. Cruz-Castillo

Jorge Garcia-Espinoza

The Magistrate Judge finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

1   **IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 U.S.C. § 3144
2   in a corrections facility separate, to the extent practicable, from person(s) awaiting or serving
3   sentences or being held in custody pending appeal. The witness(es) shall be afforded a
4   reasonable opportunity for private consultation with counsel.

5   DATED this 18th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge